■ WING SHUNG LAM et al., Respondents, v CHUNG-KO CHENG et al., Appellants. [773 NYS2d 303]—Order of the Appellate Term of the Supreme Court, First Department, entered June 24, 2003, unanimously reversed, on the law and the facts, without costs or disbursements, for the reasons stated by McCooe, J.P., in the dissenting memorandum at the Appellate Term. No opinion. Concur—Buckley, P.J., Nardelli, Saxe and Marlow, JJ.